UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

'11 OCT 11 P2:40

v.

**INDICTMENT**

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

NO. 5:11CR41-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 2

**TIMOTHY C. MCNEAL a/k/a "Fat Daddy"**
**GREGORY D. THOMAS a/k/a "G-Money"**

The Grand Jury charges:

## COUNT 1

Beginning on or about December 18, 2009, and continuing to on or about May 11, 2010, in the Western District of Kentucky, McCracken County, Kentucky, and elsewhere, the defendants, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy" and GREGORY D. THOMAS a/k/a "G-Money,"** knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute 28 grams or more of a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii).

The Grand Jury further charges:

## COUNT 2

On or about December 18, 2009, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy,"** did knowingly and intentionally possess with the intent to distribute, and distributed, a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 3

On or about January 7, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy,"** did knowingly and intentionally possess with the intent to distribute, and distributed, a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 4

On or about January 14, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy,"** did knowingly and

intentionally possess with the intent to distribute, and distributed, a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:
## COUNT 5

On or about March 25, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendants, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy"** and **GREGORY D. THOMAS a/k/a "G-Money,"** aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute, and distributed, a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:
## COUNT 6

On or about April 6, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendants, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy"** and **GREGORY D. THOMAS a/k/a "G-Money,"** aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute, and distributed, a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance, as defined by Title

21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7

On or about April 13, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendants, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy"** and **GREGORY D. THOMAS a/k/a "G-Money,"** aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute, and distributed, a mixture and substance containing cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in Counts 1-7 of this Indictment, felonies punishable by imprisonment for more than one year, **TIMOTHY C. MCNEAL a/k/a "Fat Daddy"** and **GREGORY D. THOMAS a/k/a "G-Money,"** shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of this offense, and any and all

of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations alleged in Counts 1-7 of this Indictment.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

███████████████

FOREPERSON

_/s/ DAVID J. HALE_
DAVID J. HALE
United States Attorney

DJH:DPK:cd 10/11/11

UNITED STATES OF AMERICA v. **TIMOTHY C. MCNEAL** and **GREGORY D. THOMAS**

## PENALTIES

Count 1:     NL 5 yrs./NM 40 yrs./$2,000,000/both/NL 4 yrs. Supervised Release
               (w/prior felony drug conviction: NL 10 yrs./NM Life/$4,000,000/both/NL 8 yrs. Supervised Release)

Counts 2-7:     NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (each count)
               (w/prior felony drug conviction: NM 40 yrs./$2,000,000/both/NL 6 yrs. Supervised Release)

Notice:     Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

     Misdemeanor:     $ 25 per count/individual     Felony:   $100 per count/individual
                            $125 per count/other                        $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

     1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

           <u>For offenses occurring after December 12, 1987</u>:

           No **INTEREST** will accrue on fines under $2,500.00.

           **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

           **PENALTIES** of:

           10% of fine balance if payment more than 30 days late.

           15% of fine balance if payment more than 90 days late.

     2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

     3.    Continuous **GARNISHMENT** may apply until your fine is paid.
           18 U.S.C. §§ 3612, 3613

           If you **WILLFULLY** refuse to pay your fine, you shall be subject to an

**ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR41-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
TIMOTHY C. MCNEAL a/k/a "Fat Daddy"

GREGORY D. THOMAS a/k/a "G-Money"

## INDICTMENT
Title 21 U.S.C. §§ 846; 841(b)(1)(B)(iii);
841(a)(1); 841(b)(1)(C);
Title 18 U.S.C. § 2:
**Conspiracy to Possess with the Intent to Distribute Cocaine Base; Possession with the Intent to Distribute and Distribution of Cocaine Base; Aiding and Abetting.**

*A true bill.*



_____
Foreman

*Filed in open court this* 11th day of October, A.D. 2011.

FILED
OCT 11 2011
*Clerk*
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

Bail, $